A CERTIFIED TRUE COPY

SEP -6 2001

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

COPY CERTIFIED TO FROM THE RECORD
DATED: 9-10-01
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 21 2001

FILED
CLERK'S OFFICE

*DOCKET NO. 1203*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION*

01-1240 DSD/JMM

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-77)*

On December 10, 1997, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 2,825 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Harvey Bartle, III.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Bartle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of December 10, 1997 (1997 WL 774-929), as amended on January 6, 1998, cited at 990 F. Supp. 834 (J.P.M.L. 1998), and, with the consent of that court, assigned to the Honorable Harvey Bartle, III.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

**Inasmuch as no objection is pending at this time, the stay is lifted.**

SEP -6 2001

**CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

(3)

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

FILED 9-17-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK JR

# SCHEDULE CTO-77 – TAG ALONG CASES
## DOCKET NO. 1203
## IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

| | | | |
|---|---|---|---|
| FLORIDA SOUTHERN | | | |
| ~~FLS~~ | ~~1~~ | ~~01-3247~~ | ~~Weinshenker, et al. v. American Home Products Corp., et al.~~ Opposed 9-5-01 |
| ~~FLS~~ | ~~1~~ | ~~01-3248~~ | ~~Malin v. American Home Products Corp., et al.~~ Opposed 9-5-01 |
| GEORGIA NORTHERN | | | |
| GAN | 1 | 01-1841 | Brookshire v. Wyeth-Ayerst Laboratories, et al. |
| IDAHO | | | |
| ID | 4 | 01-287 | Thompson, et al. v. American Home Products Corp., et al. |
| LOUISIANA EASTERN | | | |
| LAE | 2 | 01-2286 | Jessie v. American Home Products Corp., et al. |
| LOUISIANA MIDDLE | | | |
| LAM | 3 | 01-603 | Wood v. American Home Products Corp., et al. |
| MINNESOTA | | | |
| MN | 0 | 01-1240 | Solometo v. Wyeth-Ayerst Laboratories, et al. |
| MN | 0 | 01-1314 | Jones v. Wyeth-Ayerst Laboratories, et al. |

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500